| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **La Hacienda Mobile Estates, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-2035623** | |
| 4. | **Debtor's address** | **Principal place of business** **6653 Embarcadero Drive, Suite C Stockton, CA 95219** Number, Street, City, State & ZIP Code **San Joaquin** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **104 E. Sierra Ave. Fresno, CA 93710** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **La Hacienda Mobile Estates, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | La Hacienda Mobile Estates, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **La Hacienda Mobile Estates, LLC**　　　　　　　　　　　　　　　Case number (*if known*)_____
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | La Hacienda Mobile Estates, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9, 2024**
MM / DD / YYYY

X **/s/ Matt Davies**
Signature of authorized representative of debtor

**Matt Davies**
Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Gregory A. Taylor, Esq.**
Signature of attorney for debtor

Date **May 9, 2024**
MM / DD / YYYY

**Gregory A. Taylor, Esq.**
Printed name

**Ashby & Geddes, P.A.**
Firm name

**500 Delaware Avenue, 8th Floor**
**P.O. Box 1150**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-654-1888**    Email address **gtaylor@ashbygeddes.com**

**4008 DE**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re **La Hacienda Mobile Estates, LLC**    Case No. _____

Debtor(s)    Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly Rate** |
   | Prior to the filing of this statement I have received | $ **100,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. **Negotiation with secured and unsecured creditors; Assistance with respect to compliance with United States Trustee requirements, negotiation, formulation, confirmation, and implementation of Chapter 11 plan and disclosure statement, etc.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. No tax advice of any sort.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 9, 2024**    /s/ D. Edward Hays
Date    **D. Edward Hays**
   *Signature of Attorney*
   **Marshack Hays Wood LLP**
   **870 Roosevelt**
   **Irvine, CA 92620**
   **(949) 333-7777  Fax: (949) 333-7778**
   **ehays@marshackhays.com**
   *Name of law firm*

In re   **La Hacienda Mobile Estates, LLC**                          Case No. _____
                          Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

# United States Bankruptcy Court
### District of Delaware

In re   **La Hacienda Mobile Estates, LLC**                          Case No. _____
                          Debtor(s)                                  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly Rate** |
   | Prior to the filing of this statement I have received | $ **25,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. **Negotiation with secured and unsecured creditors; Assistance with respect to compliance with United States Trustee requirements, negotiation, formulation, confirmation, and implementation of Chapter 11 plan and disclosure statement, etc.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. No tax advice of any sort.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 9, 2024** | /s/ Gregory A. Taylor |
| *Date* | **Gregory A. Taylor, Esq.** |
| | *Signature of Attorney* |
| | **Ashby & Geddes, P.A.** |
| | **500 Delaware Avenue, 8th Floor** |
| | **Wilmington, DE 19899** |
| | **Tel: (302) 654-1888   Fax: (302) 654-2067** |
| | **gtaylor@ashbygeddes.com** |
| | *Name of law firm* |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | La Hacienda Mobile Estates, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bethel Island MHC, LLC 6653 Embarcadero Dr., Suite C Stockton, CA 95219 | Molly Rebecca (209) 298-1547 mollyrebecca@hotmail.com | Unsecured Loan | | | | $135,000.00 |
| CA Mobile Home Park Investors 6653 Embarcadero Dr., Suite C Stockton, CA 95219 | Molly Rebecca (209) 298-1547 mollyrebecca@hotmail.com | Unsecured Loan | | | | $124,000.00 |
| CA Mobile Home Park Investors 7 6653 Embarcadero Dr., Suite C Stockton, CA 95219 | Molly Rebecca (209) 298-1547 mollyrebecca@hotmail.com | Unsecured Loan | | | | $7,000.00 |
| CA Mobile Home Park Investors 8 6653 Embarcadero Dr., Suite C Stockton, CA 95219 | Molly Rebecca (209) 298-1547 mollyrebecca@hotmail.com | Unsecured Loan | | | | $97,000.00 |
| Freeman Firm 1818 Grand Canal Blvd. Stockton, CA 95207 | Michael L. Gurev (209) 474-1818 mgurev@freemanfirm.com | | | | | $3,000.00 |
| Hacienda HO for Justice c/o California Rural Legal Assist 3747 E. Shields Avenue Fresno, CA 93726 | Mariah Thompson (559) 441-8721 mthompson@crla.org | | | | | Unknown |
| Harmony Communities, Inc. 6653 Embarcadero Dr., Ste. C Stockton, CA 95219 | Sherrie Johnston (209) 932-8747 sherrie@harmonycom.com | | | | | $8,654.33 |

Debtor **La Hacienda Mobile Estates, LLC**       Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Law Office of Judy Tsai<br>710 Lakeway Drive, Suite 180<br>Sunnyvale, CA 94085 | Judy Chi-Dee Tsai<br>(408) 755-8848<br>judy@judytsai.com | | | | | $10,000.00 |
| Molly Thompson<br>6653 Embarcadero Dr., Suite C<br>Stockton, CA 95219 | Molly Rebecca<br>(209) 298-1547<br>mollyrebecca@hotmail.com | Unsecured Loan | | | | $505,000.00 |
| Rudderow Law Group<br>1301 Dove Street, Suite 800<br>Newport Beach, CA 92660 | Daniel T. Rudderow<br>(949) 565-1344<br>dan@rudderowlaw.com | | | | | $3,000.00 |
| Trails End United For Change<br>c/o CA Rural Legal Assistance<br>3747 E. Shields Avenue<br>Fresno, CA 93726 | Mariah Thompson<br>(559) 441-8721<br>mthompson@crla.org | | | | | Unknown |

# United States Bankruptcy Court
## District of Delaware

In re  **La Hacienda Mobile Estates, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matt Davies**<br>**6277 Crooked Stick Circle**<br>**Stockton, CA 95219** | | | **100% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 9, 2024**

Signature  /s/ Matt Davies
**Matt Davies**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Delaware

In re   La Hacienda Mobile Estates, LLC                              Case No. _____
                              Debtor(s)                              Chapter   **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   La Hacienda Mobile Estates, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| May 9, 2024 | /s/ Gregory A. Taylor |
|---|---|
| Date | **Gregory A. Taylor, Esq.** |
|  | Signature of Attorney or Litigant |
|  | Counsel for   La Hacienda Mobile Estates, LLC |
|  | **Ashby & Geddes, P.A.** |
|  | **500 Delaware Avenue, 8th Floor** |
|  | **P.O. Box 1150** |
|  | **Wilmington, DE 19801** |
|  | **(302) 654-1888** |
|  | **gtaylor@ashbygeddes.com** |

**Fill in this information to identify the case:**

Debtor name: **La Hacienda Mobile Estates, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9, 2024**       X **/s/ Matt Davies**
Signature of individual signing on behalf of debtor

**Matt Davies**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
### District of Delaware

In re  **La Hacienda Mobile Estates, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 9, 2024**

**/s/ Matt Davies**
**Matt Davies**/**Managing Member**
Signer/Title

| | | |
|---|---|---|
| LA HACIENDA MOBILE ESTATES, LLC<br>6653 EMBARCADERO DRIVE, SUITE C<br>STOCKTON, CA 95219 | ANICETO CARDENAS<br>104 E. SIERRA AVE., # 25<br>FRESNO, CA 93710 | CA RURAL LEGAL ASST., INC.<br>3747 E. SHIELDS AVENUE<br>FRESNO, CA 93726 |
| D. EDWARD HAYS<br>MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE, CA 92620-3663 | ANTONIO MATA<br>104 E. SIERRA AVE., # 2<br>FRESNO, CA 93710 | CESAR LOPEZ HERNANDEZ<br>104 E. SIERRA AVE., # 34<br>FRESNO, CA 93710 |
| ACRISURE<br>ATTN: VALERIE CRUTCHFIELD<br>7777 ALVARADO R., STE. 605<br>LA MESA, CA 91942 | ANTONIO MONTELLANO<br>104 E. SIERRA AVE., # 4<br>FRESNO, CA 93710 | CHOUA XIONG<br>104 E. SIERRA AVE., # 6<br>FRESNO, CA 93710 |
| AGUILAR MORALES<br>104 E. SIERRA AVE., #38<br>FRESNO, CA 93710 | ANTONIO MONTELLANO<br>4521 N. 10TH ST.<br>FRESNO, CA 93726 | CITY OF FRESNO<br>2600 FRESNO ST.<br>FRESNO, CA 93721 |
| ALEJANDRO BAUTISTA<br>104 E. SIERRA AVE., # 13<br>FRESNO, CA 93710 | BETHEL ISLAND MHC, LLC<br>6653 EMBARCADERO DR., STE. C<br>STOCKTON, CA 95219 | CITY OF FRESNO<br>C/O ALESHIRE & WYNDER, LLP<br>1 PARK PLAZA, STE. 1000<br>IRVINE, CA 92614 |
| ANDRES RENTERIA<br>104 E. SIERRA AVE., # 27<br>FRESNO, CA 93710 | BEVERLY TATE<br>104 E. SIERRA AVE., # 32<br>FRESNO, CA 93710 | CRISTINA LOPEZ<br>104 E. SIERRA AVE., # 34<br>FRESNO, CA 93710 |
| ANDREW GARRISON<br>104 E. SIERRA AVE., # 15A<br>FRESNO, CA 93710 | CA DEPT. OF HOUSING AND<br>COMMUNITY DEVELOPMENT<br>9342 TECH CENTER DR., STE. 550<br>SACRAMENTO, CA 95826 | DAVID WILLIS<br>104 E. SIERRA AVE., # 26<br>FRESNO, CA 93710 |
| ANGELICA LEPE<br>104 E. SIERRA AVE., # 1<br>FRESNO, CA 93710 | CA MOBILE HOME PARK INV.<br>6653 EMBARCADERO DR.<br>STE. C<br>STOCKTON, CA 95219 | DAVID WILLIS<br>104 E. SIERRA AVE., # 41<br>FRESNO, CA 93710 |
| ANGELICA SILVESTRE<br>104 E. SIERRA AVE., # 30<br>FRESNO, CA 93710 | CA MOBILE HOME PARK INV. 7<br>6653 EMBARCADERO DR.<br>STE. C<br>STOCKTON, CA 95219 | DELAWARE DIV. OF REV./BK<br>ATTN: BANKRUPTCY ADMIN.<br>CARVEL STATE BUILDING<br>820 N. FRENCH ST., 8TH FL.<br>WILMINGTON, DE 19801 |
| ANGELINA ROBLES<br>104 E. SIERRA AVE., # 44<br>FRESNO, CA 93710 | CA MOBILE HOME PARK INV. 8<br>6653 EMBARCADERO DR.<br>STE. C<br>STOCKTON, CA 95219 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., STE. 10<br>DOVER, DE 19904 |

| | | |
|---|---|---|
| DONNA SCHMELL<br>104 E. SIERRA AVE., # 22<br>FRESNO, CA 93710 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPER<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| EFRAIN CARRASCO RAMIREZ<br>104 E. SIERRA AVE., # 10D<br>FRESNO, CA 93710 | FREEMAN FIRM<br>1818 GRAND CANAL BLVD.<br>STOCKTON, CA 95207 | JAIMES ARNULFO<br>104 E. SIERRA AVE., # 30<br>FRESNO, CA 93710 |
| ELIDED RAMIREZ CARRASCO<br>104 E. SIERRA AVE., # 7<br>FRESNO, CA 93710 | FRESNO COUNTY TAX COLLECTOR<br>2281 TULARE ST.<br>FRESNO, CA 93715 | JAVIER FRANQUEZ<br>6569 N. DIANA AVE.<br>FRESNO, CA 93710 |
| ELVIA CERVANTES MORENO<br>104 E. SIERRA AVE., # 34<br>FRESNO, CA 93710 | GER XIONG<br>104 E. SIERRA AVE., # 6<br>FRESNO, CA 93710 | JAVIER FRANQUEZ<br>104 E. SIERRA AVE., # 15<br>FRESNO, CA 93710 |
| EMILY MORENO<br>104 E. SIERRA AVE., # 35<br>FRESNO, CA 93710 | GLORIA DURAN<br>104 E. SIERRA AVE., # 17<br>FRESNO, CA 93710 | JOHN CARVER<br>104 E. SIERRA AVE., # 29A<br>FRESNO, CA 93710 |
| EULALIO GONZALEZ<br>104 E. SIERRA AVE., # 1<br>FRESNO, CA 93710 | GRITZETL RAMIREZ CARRASCO<br>104 E. SIERRA AVE., # 3<br>FRESNO, CA 93710 | JOSE DE JESUS<br>104 E. SIERRA AVE., # 49<br>FRESNO, CA 93710 |
| FELIZ AVALOS<br>104 E. SIERRA AVENUE, # 37<br>FRESNO, CA 93710 | HACIENDA HO FOR JUSTICE<br>C/O CA RURAL LEGAL ASSIST<br>3747 E. SHIELDS AVE.<br>FRESNO, CA 93726 | KAYLON THOMAS<br>104 E. SIERRA AVE., # 158<br>FRESNO, CA 93710 |
| FELIZ AVALOS<br>104 E. SIERRA AVENUE, # 36<br>FRESNO, CA 93710 | HARMONY COMMUNITIES, INC.<br>6653 EMBARCADERO DR., STE. C<br>STOCKTON, CA 95219 | KAYLON THOMAS<br>158 E. SIERRA AVE.<br>FRESNO, CA 93710 |
| FELIZ AVALOS<br>841 E. BROWN AVE.<br>FRESNO, CA 93704-4000 | HARMONY COMMUNITIES, INC.<br>ATTN: SHERRIE JOHNSTON<br>6653 EMBARCADERO DRIVE, STE. C<br>STOCKTON, CA 95219 | KEITH THOMAS<br>158 E. SIERRA AVE.<br>FRESNO, CA 93710 |
| FIVE STAR BANK<br>ATTN: JOHN W. DALTON, VP/CCO<br>3100 ZINFANDEL DRIVE, #100<br>RANCHO CORDOVA, CA 95670 | HAROLD UBAQUE CARO<br>104 E. SIERRA AVE., # 15B<br>FRESNO, CA 93710 | KIM SANDS<br>104 E. SIERRA AVE., # 26<br>FRESNO, CA 93710 |

KINSALE INSURANCE COMPANY
2035 MAYWILL STREET, STE. 100
RICHMOND, VA 23230

MARISELA VARGAS
104 E. SIERRA AVE., # 4
FRESNO, CA 93710

PINEDALE COUNTY WATER DIST
480 W. BIRCH
FRESNO, CA 93650

LAW OFFICE OF JUDY TSAI
710 LAKEWAY DRIVE, STE. 180
SUNNYVALE, CA 94085

MARISELA VARGAS
4521 N. 10TH ST.
FRESNO, CA 93726

RAFAEL HERRERA
104 E. SIERRA AVE., # 10F
FRESNO, CA 93710

LESLIE WRIGHT
104 E. SIERRA AVE., # 21
FRESNO, CA 93710

MOLLY THOMPSON
6653 EMBARCADERO DR., STE. C
STOCKTON, CA 95219

RAFAEL HERRERA
104 E. SIERRA AVE., # 16
FRESNO, CA 93710

LESLIE WRIGHT
104 E. SIERRA AVE., # 19
FRESNO, CA 93710

NIVARDO MUNOZ
104 E. SIERRA AVE., # 9
FRESNO, CA 93710

RAFAEL HERRERA
104 E. SIERRA AVE., # 18
FRESNO, CA 93710

LESLIE WRIGHT
104 E. SIERRA AVE., # 15C
FRESNO, CA 93710

PATRICIA SHAWN
104 E. SIERRA AVE., # 48
FRESNO, CA 93710

RAFAEL HERRERA
104 E. SIERRA AVE., # 20
FRESNO, CA 93710

LILIA MORALES
104 E. SIERRA AVE., # 39
FRESNO, CA 93710

PATSY RAJSKUP
104 E. SIERRA AVE., # 29A
FRESNO, CA 93710

REPUBLIC SERVICES
PO BOX 78829
PHOENIX, AZ 85062

LILIA MORALES
104 E. SIERRA AVE., # 38
FRESNO, CA 93710

PAUL SHAHZADE
104 E. SIERRA AVE., # 31
FRESNO, CA 93710

ROBERT HUTCHINSON
104 E. SIERRA AVE., # 42
FRESNO, CA 93710

LINDA MARTINEZ
104 E. SIERRA AVE., # 29C
FRESNO, CA 93710

PAULA FRANQUEZ
6569 N. DIANA AVE.
FRESNO, CA 93710

RUDDEROW LAW GROUP
1301 DOVE STREET, STE. 800
NEWPORT BEACH, CA 92660

MARIA RIVERA
104 E. SIERRA AVE., # 29
FRESNO, CA 93710

PEDRO MORENO
104 E. SIERRA AVE., # 17
FRESNO, CA 93710

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
DOVER, DE 19903

MARIA VERGARA
104 E. SIERRA AVE., # 43
FRESNO, CA 93710

PG&E
P.O. BOX 997300
SACRAMENTO, CA 95899

SHARON SMITH
104 E. SIERRA AVE., # 32
FRESNO, CA 93710

SOCORRO CARDENAS
104 E. SIERRA AVE., # 25
FRESNO, CA 93710

VICTOR RIVERA, SR.
104 E. SIERRA AVE., # 45
FRESNO, CA 93710

STATE OF DELAWARE
DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE 19903

VICTOR RIVERA, SR.
104 E. SIERRA AVE., # 46
FRESNO, CA 93710

STEFANY HOVEILER
104 E. SIERRA AVE., # 10A
FRESNO, CA 93710

VICTOR RIVERA, SR.
104 E. SIERRA AVE., # 7
FRESNO, CA 93710

TERESA JAIMES
104 E. SIERRA AVE., # 5
FRESNO, CA 93710

VICTOR RIVERA, SR.
104 E. SIERRA AVE., # 3
FRESNO, CA 93710

TRAILS END UNITED FOR CHANGE
C/O CA RURAL LEGAL ASSISTANCE
3747 E. SHIELDS AVENUE
FRESNO, CA 93726

VIRGINIA BUSTOS
104 E. SIERRA AVE., # 43
FRESNO, CA 93710

TRUST DEEDS AND NOTES, LLC
ATTN: RONALD A. UBALDI, TRUSTEE
1635 W. LINCOLN ROAD
STOCKTON, CA 95207

YAZMIN CARRASCO RAMIREZ
104 E. SIERRA AVE., # 10D
FRESNO, CA 93710

TRUST DEEDS AND NOTES, LLC
1635 W LINCOLN ROAD
STOCKTON, CA 95207

VICTOR FERNANDEZ
104 E. SIERRA AVE., # 34
FRESNO, CA 93710

VICTOR RIVERA, SR.
104 E. SIERRA AVE., # 29C
FRESNO, CA 93710

VICTOR RIVERA, SR.
104 E. SIERRA AVE., # 41
FRESNO, CA 93710